# United States District Court
# Eastern District of California

| | |
|---|---|
| Van Luan Vu | Case Number: 1:26-cv-7664-DAD-JDP |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Christopher Chestnut et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Yaritssa Plasencia hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Van Luan Vu

On 01/05/2026 (date), I was admitted to practice and presently in good standing in the Middle District of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Marvion Garcia-Aguilera v Christopher Chestnut et al., Case No. 1:26-cv-02547-DC-CSK
Date of application 03/23/2026 and was granted. Yacel L. Ramos v . Christopher Chestnt et al.
Case No. 1:26-cv-04670-TLN-CKD applied on 07/17/2026 and approved. Tuan Huynh v Christopher chestnut et al. Case No. 1:26-at-02497, applied on 06/17/2026 and approved.

Date: 09/18/2026 Signature of Applicant: /s/ Yaritssa Plasencia

**Pro Hac Vice Attorney**

Applicant's Name: Yaritssa Plasencia

Law Firm Name: Great American Law Firm

Address: 100 Frandorson Cir

Suite 202C

City: Apollo Beach State: FL Zip: 33572

Phone Number w/Area Code: (407) 929-9292

City and State of Residence: Apollo Beach, FL

Primary E-mail Address: greatamericanlaw@gmail.com

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Law Offices of Mariana L. Hanna

Address: 402 West Broadway, Suite 1730

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 234-3635 Bar # 230124

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/21/2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE